Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.: 17−18191−KCF
          Chapter: 13
          Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stephen H Glossick
   5 Marshall Street
   Phillipsburg, NJ 08865

Social Security No.:
   xxx−xx−1271

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/14/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 14, 2019
JAN: slf

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 17-18191-KCF
Stephen H Glossick                                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jan 14, 2019
                              Form ID: 148             Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2019.
```
db            +Stephen H Glossick,    5 Marshall Street,    Phillipsburg, NJ 08865-3209
aty           +Phelan Hallinan and Schmeig,    400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
lm            +Bank of NY Mellon,    225 Liberty Street,    New York, NY 10281-1090
516782126      Bank of Ny Mellon,    Attn Phelan Hallinan and Diamond,    Mount Laurel, NJ 08054
517087626     +The Bank of New York, et al, its,    assignees and/or successors in interest,
                c/o Prober & Raphael, A Law Corporation,    20750 Ventura Blvd., Suite 100,
                Woodland Hills, CA 91364-6207
517065696     +The Bank of New York., et al,    c/o CARRINGTON MORTGAGE SERVICES, LLC,
                1600 SOUTH DOUGLASS ROAD,    ANAHEIM, CA 92806-5948
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 15 2019 00:27:53      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 15 2019 00:27:51      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,  Suite 2100,
                Newark, NJ 07102-5235
516782125     +E-mail/Text: srodriguez@bakerfcu.org Jan 15 2019 00:28:05      Baker Federal Credit Union,
                501 Baltimore St,    Phillipsburg, NJ 08865-1845
517063513      EDI: PRA.COM Jan 15 2019 04:48:00      Portfolio Recovery Associates, LLC,
                c/o Capital One Bank, N.a.,    POB 41067,   Norfolk VA 23541
516783074     +EDI: RMSC.COM Jan 15 2019 04:48:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 5
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2019 at the address(es) listed below:
```
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Andre L. Kydala    on behalf of Debtor Stephen H Glossick kydalalaw@aim.com,   kydalalaw@aim.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF BWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-3
                dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```